UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEAN CONNELL,<br>　　　Plaintiff,<br><br>v.<br><br>ROBERT B. OUR, INC., TUG BOAT REALIST, and TUG BOAT ROBERT B.,<br>　　　Defendants. | CIVIL ACTION NO.:<br>1:23-cv-10229-MPK |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Parker T. Zellem, Esq. of Farrell Smith O'Connell Aarsheim Aprans LLP on behalf of Defendant Robert B. Our, Inc., Tug Boat Realist and Tug Boat Robert B., without waiver of substantive, procedural, legal, and factual defenses in this matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　**DEFENDANT**
　　　　　　　　　　　　　　　　　　**ROBERT B. OUR, INC., et al.,**
　　　　　　　　　　　　　　　　　　By their counsel,

　　　　　　　　　　　　　　　　　　*/s/ Parker T. Zellem*
　　　　　　　　　　　　　　　　　　Parker T. Zellem
　　　　　　　　　　　　　　　　　　BBO # 713827
　　　　　　　　　　　　　　　　　　FARRELL SMITH O'CONNELL
　　　　　　　　　　　　　　　　　　AARSHEIM APRANS, LLP
　　　　　　　　　　　　　　　　　　27 Congress St., Suite 508
　　　　　　　　　　　　　　　　　　Salem, MA  01970
　　　　　　　　　　　　　　　　　　(978) 744-8918
　　　　　　　　　　　　　　　　　　pzellem@fsofirm.com

### CERTIFICATE OF SERVICE
I certify on January 18, 2024, I filed the foregoing
on all attorneys of record *via* the CM/ECF System.

　　　　　　　　　　　　　　　　　　*/s/ Parker T. Zellem*
　　　　　　　　　　　　　　　　　　Parker T. Zellem